2-22-11; 3:32PM;R. P. I.                                                                    ;701 839 7669              # 3/ 3

Case 11-CV-00306-LTB-KLM

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-CV-00306-LTB-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROB PORT
was received by me on *(date)* 2/11/11.

☒ I personally served the summons on the individual at *(place)* 1718 5th St SW,
Minot, ND 58701 on *(date)* 2/12/11 @ ; or 9:00 am

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-22-11            *Ralph H. Rhoades*
                         Server's signature

                         Ralph H. Rhoades, Process Server
                         Printed name and title

                         324 14th Ave, SW, Minot, ND 58701
                         Server's address

Additional information regarding attempted service, etc: