**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00306-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
　　　Plaintiff,

　　　　　v.

**FREEDOM FORCE COMMUNICATIONS**, an entity of unknown origin and nature;
**THE SAY ANYTHING BLOG**, an entity of unknown origin and nature;
**SCOTT HENNEN**, an individual; and
**ROB PORT**, an individual;
　　　Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

　　　This case was stayed pending Righthaven's appeal of my decision dismissing its complaint in a related case. On March 15, 2012, the Tenth Circuit dismissed Plaintiff's appeal; accordingly, the stay in this case is lifted and Righthaven's complaint is DISMISSED WITH PREJUDICE.

Dated: March 20, 2012